UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CALVIN L. ROBINSON,

        **Plaintiff,**

v.                                        Case No: 5:17-cv-528-Oc-18PRL

COMMISSIONER OF SOCIAL
SECURITY,

        **Defendant.**

_____

## ORDER

This cause concerns Plaintiff Calvin L. Robinson's appeal from a decision of the

Commissioner of the Social Security Administration (the "Commissioner") denying his

application for Supplemental Security Income benefits (Doc. 1). On April 5, 2018, Defendant

Commissioner of Social Security filed an Unopposed Motion for Entry of Judgment under 42

U.S.C. § 1383(c)(3) and Sentence Four of 42 U.S.C. § 405(g) with Remand of the Cause to the

Defendant (the "Motion") (Doc. 18). On April 9, 2018, the United States Magistrate Judge

entered a report and recommendation (the "Report and Recommendation") recommending that

the Commissioner's final decision be reversed (Doc. 19). The Court reviewed the unopposed

Motion (Doc. 18) and the Report and Recommendation (Doc. 19), and it is hereby **ORDERED**

and **ADJUDGED** as follows:

1. The Report and Recommendation is (Doc. 19) is **APPROVED** and **ADOPTED** and is

    made part of this Order for all purposes, including appellate review.

2. The Motion (Doc. 18) is **GRANTED**.

3. The Commissioner of Social Security's final decision in this case is **REVERSED** and the

case is **REMANDED** to the Social Security Administration for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

4. The Clerk of Court is directed to enter judgment in favor of Plaintiff Calvin L. Robinson, to **TERMINATE** Plaintiff's motion for miscellaneous relief (Doc. 15), and to thereafter **CLOSE** the case.

      **DONE** and **ORDERED** in Orlando, Florida, this _____ day of April, 2018

                                    **G. KENDALL SHARP**
                                    SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record